PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**

FILED
2005 NOV 17 P 12: 24
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )
) Docket Number: 1:04CR05007-001 OWW
SANDRA SUE TIPTON )
)

On August 9, 2004, the above-named was sentenced to probation for a term of 60 months. On July, 1, 2005, this officer was notified by Tulare County Sheriff/Coroner's Office that Sandra Sue Tipton was confirmed dead as a result of Pulmonary Embolism on June 3, 2005. (Certificate of Death is contained in the offender's file at the probation office). It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
Senior United States Probation Officer

Reviewed by:   /s/ Rick C. Louviere
**RICK C. LOUVIERE**
Supervising United States Probation Officer

---

**ORDER OF COURT**

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this 17 day of November, 2005.

_____
**OLIVER W. WANGER**
United States District Judge

cc:   Marlon Cobar
Assistant United States Attorney

Rev. 12/2004
PROB35A.MRG